AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:16-cr-00296-JAD-PAL |
| | ) | |
| CASSANDRA EDWARDS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 02/06/2017 at 03:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 31, 2017

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

_____
*Printed name and title*

```
___FILED            ___RECEIVED
___ENTERED          ___SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 3 1 2017

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```