**FILED
UNDER
SEAL**

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Cassandra Edwards**

Case Number: **2:16CR00296**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **August 25, 2017**

Original Offense: **Conspiracy to Distribute Controlled Substance - Methamphetamine**

Original Sentence: **21 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **August 3, 2018**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Substance Abuse Treatment – You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc).**

   On September 17, 2018, the undersigned officer learned that Ms. Edwards left the Westcare women's inpatient drug treatment facility during the evening of Saturday, September 15, 2018. Ms. Edwards left the facility without the permission of the undersigned officer. As of this writing, her whereabouts are unknown.

RE: Cassandra Edwards

Prob12C
D/NV Form
Rev. March 2017

2. **You must live at a place approved by the probation officer** – **If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

Edwards was approved by the undersigned officer to reside with her mother at 719 Greenbriar Townhouse Way, Las Vegas, Nevada 89121.

On September 10, 2018, the undersigned officer spoke with the offender's mother who reported that Edwards had not been residing at her approved residence for approximately two weeks.

Edwards reported to the probation office on September 10, 2018, wherein she admitted to the undersigned officer that she has not been residing at her mother's house; and reportedly has spent the past two weeks living in her vehicle.

As reflected in allegation #1, Edwards was most recently approved, and required to reside at Westcare's residential treatment program. On September 15, 2018, Edwards left the program without the permission of her probation officer and her current address is unknown. Edwards failed to notify the undersigned officer in advance of leaving Westcare's residential treatment program, nor has she contacted the undersigned as of the date of this report to provide her current address.

3. **You must not commit another federal, state or local crime**

On September 6, 2018, Edwards committed the offense Driving Under the Influence of Alcohol and/or Prohibited Substance, in violation of N.R.S. 484C.110

On the above referenced date, at approximately 2:36 p.m., officers with the Las Vegas Metropolitan Police Department (LVMPD) responded to a report of a vehicular collision at Dotty's Casino located at the intersection of E. Sahara and Boulder Highway. Upon arrival, LVMPD officers contacted Edwards and an adult male passenger unresponsive in the vehicle. Edwards was positioned in the driver's seat. LVMPD Officers noted that the vehicle was still in drive and Edwards had to be directed on how to operate her vehicle into a safe area. Edwards admitted to the responding officers that she used methamphetamine on September 5, 2018, and heroin on a recent date that she could not

RE: Cassandra Edwards

Prob12C
D/NV Form
Rev. March 2017

recall. She also told officers that she had taken her prescribed lithium in the early morning hours of September 6, 2018.

On September 10, 2018, Edwards reported to the probation office at the instruction of the undersigned officer. Edwards admitted prior to the above-noted collision that she had used methamphetamine, heroin, and marijuana.

4. **You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests per year.**

A)    Edwards tested positive morphine on the following dates:

 August 20, 2018
 August 21, 2018
 September 10, 2018

B)    Edwards tested positive for methamphetamine on the following dates:

 August 21, 2018
 August 24, 2018

C)    Edwards tested positive for marijuana on September 10, 2018

D)    Edwards failed to report for drug testing on September 7 and 16, 2018.

On August 21, 2018, during an office visit, Edwards admitted to the undersigned officer that she used heroin (morphine) and methamphetamine on August 18, 2018.

On September 10, 2018, during an office visit, Edwards admitted to the undersigned officer that she used methamphetamine, marijuana, and heroin (morphine) on September 6, 2018.

## RE: Cassandra Edwards

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the
information contained herein is true and correct,

Executed on **September 17, 2018**

Jessalynn McCormick
United States Probation Officer

Approved:

Todd Fredlund
2018.09.18
11:22:38 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

### THE COURT ORDERS

☐  No Action.
☑  The issuance of a warrant.
☐  The issuance of a summons.
☐  Other:

Signature of Judicial Officer

9/18/2018

Date

RE: Cassandra Edwards

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. CASSANDRA EDWARDS, 2:16CR00296

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### September 17, 2018

On August 25, 2017, Your Honor sentenced Edwards to 21 months imprisonment, followed by 36 months of supervised release for committing the offense of Conspiracy to Distribute a Controlled Substance – Methamphetamine. On August 3, 2018, Edwards commenced supervision in the District of Nevada.

In a report dated September 10, 2018, we informed Your Honor that Edwards violated her release conditions and recommended modification to include residential treatment. Specifically, we informed Your Honor that Edwards failed to report for drug and alcohol testing on two occasions, submitted a diluted urine specimen, and admitted to using methamphetamine, heroin, and marijuana on more than one occasion since commencing supervised release.

Moreover, on September 6, 2018, Edwards was cited for committing the offense of Driving Under the Influence. As reflected in allegation #3, Edwards drove her vehicle after having used heroin, methamphetamine, and marijuana, then collided with a small brick wall. Officers with the Las Vegas Metropolitan Police Department (LVMPD) responded and found Edwards unresponsive in the driver's side of the vehicle. During LVMPD's investigation, Edwards became aggressive and had to be secured to the gurney for transport to the hospital. Edwards was transported to Sunrise Hospital where she consented to a blood test; results of the test remain pending. Edwards should consider herself extremely fortunate she did not collide with a pedestrian or another vehicle.

On September 10, 2018, Edwards reported to the probation office at the direction of the undersigned officer. While Edwards was in the lobby waiting to meet with the undersigned it was noticeable she was under the influence of a controlled substance, as she was having difficulties keeping her eyes open and kept nodding off. Edwards admitted she recently used methamphetamine, heroin, and marijuana. At the encouragement of the undersigned officer, Edwards admitted herself into Westcare's detoxification facility after the office visit.

On September 11, 2018, Your Honor signed the request for modification to conditions of supervision with the consent of offender. The Court ordered that Ms. Edwards attend and participate in substance abuse treatment at the direction of the U.S. Probation Office.

On September 17, 2018, during a face to face meeting with Edwards's treatment counselor, the undersigned officer learned that Edwards left the Westcare women's inpatient drug treatment facility sometime during the evening hours of Saturday, September 15, 2018. The U.S. Probation office has not received any correspondence from Edwards since her departure from the residential treatment facility. On this same date, Supervisor U.S. Probation Officer Todd Fredlund received a

**RE: Cassandra Edwards**

Prob12C
D/NV Form
Rev. March 2017

telephone call from the offender's mother who reported that her daughter left the treatment center on September 15, 2018, and that her whereabouts are unknown. Supervisor Fredlund encouraged the mother to direct her daughter to immediately contact the U.S. Probation office in the event she made contact with her daughter.

Edwards presents as an extremely high risk of danger to herself and the community, as evidenced by the recent events surrounding her DUI and now absconder status with leaving the inpatient treatment facility. Edwards was given a second chance last week to demonstrate an honest attempt at working her sobriety; however, it is clear that she is not committed to sobriety and has chosen to deliberately violate the order of the Court. It is important to point out that Edwards was referred to residential treatment while under pretrial supervision and immediately absconded upon entering the program.

For the reasons outlined above, the probation office respectfully requests the issuance of a warrant to initiate revocation proceedings. Upon her arrest, it is recommended that the offender remain in custody pending her revocation hearing. Edwards is deemed a flight risk and danger to the community.

Respectfully submitted,

Jessalynn McCormick
United States Probation Officer

Approved:

Todd Fredlund
2018.09.18
11:23:05 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer