UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASSANDRA EDWARDS,<br><br>　　　　Defendant. | Case No. 2:16-cr-00296-JAD-PAL-4<br><br>**ORDER**<br><br>ECF No. 296 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, January 5, 2021 at 11:00 a.m., be vacated and continued to March 8, 2021, at 10:00 a.m.

DATED this 16th day of December 2020.

_____
UNITED STATES DISTRICT JUDGE