UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00296-JAD-PAL-4 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 301 |
| CASSANDRA EDWARDS, | |
| Defendant. | |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, March 8, 2021 2021 at 10:00 a.m., be vacated and continued to April 8, 2021, at 10:00 a.m.

    DATED this 4th day of March 2021.

_____
UNITED STATES DISTRICT JUDGE