UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CASSANDRA EDWARDS,<br><br>    Defendant. | Case No. 2:16-cr-00296-JAD-PAL-4<br><br>**ORDER**<br><br>ECF No. 303 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for April 8, 2021 2021 at 10:00 a.m., be vacated and continued to May 25, 2021, at 10:00 a.m.

    DATED this 7th day of April 2021.

_____
UNITED STATES DISTRICT JUDGE